
FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 9:45 am, Jun 18, 2020

# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| APRIL LATRICE COBBINS,       )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )      CV 219-051<br>                              )<br>RAYMOND GREEN; GOVERNMENT     )<br>EMPLOYEES INSURANCE COMPANY   )<br>(GEICO); and SHARON HALL,     )<br>                              )<br>     Defendants.             )  | |

## ORDER

Before the Court is Plaintiff April Cobbins' Notice of Voluntary Dismissal, dkt. no. 31, wherein she states her intention to dismiss Defendant GEICO without prejudice.

Because some Defendants have filed an answer to Plaintiff's complaint, and Defendants have not stipulated on the record to Plaintiff's dismissal of Defendant GEICO, Plaintiff's dismissal is governed by Federal Rule of Civil Procedure 41(a)(2), which requires a Court order to achieve a dismissal.  See Fed. R. Civ. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.").  The Court thus construes Cobbins' notice as a motion.

Plaintiff initiated this case nearly fourteen months ago.  At this stage of the proceeding, i.e. after the filing of an amended

complaint, an extension of the discovery period, and the completion of the discovery period, the Court is cognizant of the parties' respective efforts to litigate this case. Plaintiff's desire to dismiss Defendant GEICO without prejudice and without any input from the other Defendants gives the Court pause. Defendants, however, have not filed on the record any opposition to Plaintiff's request to dismiss Defendant GEICO without prejudice, and the time for doing so has passed.

Accordingly, Plaintiff's motion to dismiss Defendant GEICO without prejudice, dkt. no. 31, is **GRANTED**. The Clerk is **DIRECTED** to terminate GEICO as a Defendant in this case. Plaintiff's claims against the other Defendants remain pending.

**SO ORDERED**, this 18th day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA